IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

```
ROBERT H. BARNETT, Liquidation    *
Trustee of the Sea Island         *
Company Creditors Liquidating     *
Trust,                            *
                                  *
        Appellant,                *
                                  *    2:16-cv-046
             v.                   *
                                  *
KINGS POINT PROPERTY OWNERS       *
ASSOCIATION, INC.,                *
                                  *
        Appellee.                 *
                                  *
```

O R D E R

In an earlier order in this case (doc. no. 10), the Court vacated the briefing deadlines pending the docketing of notice that the record has been transmitted or is available electronically. A review of the docket reveals that notice of record transmittal has been docketed. Unfortunately, the Court's order did not specify that the parties' briefing schedule following the notice should conform with Bankruptcy Rule 8018. Therefore, the parties shall comply with the following briefing schedule:

(a) Appellant shall file and serve its brief on or before 5:00 p.m. on Monday, April 3, 2017;

(b) Appellee shall file and serve its brief within thirty (30) days after service of Appellant's brief; and

(c) Any reply brief by Appellant shall be filed and served within fourteen (14) days after service of Appellee's brief.

**SO ORDERED**, this 2nd day of March, 2017.

  
_____  
HONORABLE J. RANDAL HALL  
UNITED STATES DISTRICT JUDGE  
SOUTHERN DISTRICT OF GEORGIA