# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

ROBERT H. BARNETT, Liquidation Trustee of the Sea Island Company Creditors Liquidating Trust,

    Appellant,

v.

KINGS POINT PROPERTY OWNERS ASSOCIATION, INC.,

    Appellee.

2:16-cv-046

## O R D E R

Presently before the Court is the parties' Joint Status Report. (Doc. 36.) The parties state that they have not yet submitted a settlement agreement to the Bankruptcy Court for approval. Nevertheless, they "believe in good faith that they will be in a position to have the settlement finalized and documented" by October 29, 2017, and that "a motion for approval of the settlement can be filed with the Bankruptcy Court at that time." (Id.) Upon due consideration, the parties **SHALL HAVE** until **November 29, 2017,** to file their motion for approval of settlement with the Bankruptcy Court and to file a notice of such a motion in this Court. If the parties cannot agree upon a

settlement and file a motion for approval with the Bankruptcy Court by **November 29, 2017,** this Court will lift the stay of this case and set a new deadline for briefing.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of October, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2