IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ROBERT H. BARNETT, Liquidation
Trustee of the Sea Island
Company Creditors Liquidating
Trust,

    Appellant,

v.

KINGS POINT PROPERTY OWNERS
ASSOCIATION, INC.,

    Appellee.

2:16-cv-046

## O R D E R

Previously, the parties averred that they were close to a settlement, and the Court ordered the parties to file their motion for approval of settlement with the Bankruptcy Court and to file a notice of such a motion in this Court by November 29, 2017. (Doc. 37.) The parties failed to file any notice with this Court by the November 29 deadline. The Court now **ORDERS** the parties to file a joint status report updating the Court on the parties' settlement negotiations. The parties shall file their joint status report by **February 5, 2018.**

**ORDER ENTERED** at Augusta, Georgia, this 25th day of January, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA