IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| ROBERT H. BARNETT, Liquidation Trustee of the Sea Island Company Creditors Liquidating Trust, | * * * * * | |
| Appellant, | * * | 2:16-cv-046 |
| v. | * * | |
| KINGS POINT PROPERTY OWNERS ASSOCIATION, INC., | * * * | |
| Appellee. | * * * | |

O R D E R

On February 5, 2018, the parties filed a joint status report stating that "the Parties had reached a settlement of this appeal, had exchanged drafts of a settlement agreement, and were in the process of working to finalize settlement documents," but "[d]uring the process of documenting the settlement, the Parties identified certain terms that required further discussion in order to finalize the settlement." (Doc. 39, at 1.) The parties request "sixty (60) days to finalize the settlement documents and to file a motion for approval of the settlement with the Bankruptcy Court." (Id.)

Accordingly, the Court **GRANTS** the parties' request and gives the parties sixty (60) days from the date of this Order to file a motion for approval of settlement with the Bankruptcy Court and a

notice of said motion with this Court. Regardless of any filings, the Court will vacate the stay at the end of the sixty-day reprieve. Appellee **SHALL FILE** its Appellee brief by **June 11, 2018**. Appellant must file a reply brief, if it so chooses, within twenty-one (21) days of the service of Appellee's brief. The parties should not expect the Court to grant any further delays in the briefing of this appeal.

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of March, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA