IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ROBERT H. BARNETT, Liquidation
Trustee of the Sea Island
Company Creditors Liquidating
Trust,

    Appellant,

    v.

KINGS POINT PROPERTY OWNERS
ASSOCIATION, INC.,

    Appellee.

2:16-cv-046

**O R D E R**

Before the Court is a "Motion to Enforce Settlement Agreement and for Sanctions" filed by Appellee King Point Property Owner's Association, Inc. ("KPPOA"). (Doc. 44.) As the title indicates, KPPOA seeks to enforce what it believes to be an agreed upon settlement to this case. Because the Court finds it necessary to resolve this dispute prior to reaching the merits of appeal, the Court **ADMINISTRATIVELY STAYS** this case pending the resolution of KPPOA's motion. The Court also **REFERS** the resolution of this motion to Magistrate Judge Brian Epps. The briefing deadline for responding to the present motion **SHALL**

**REMAIN IN EFFECT** unless the parties are instructed otherwise by the Magistrate Judge or this Court.

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of August, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA