IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ROBERT H. BARNETT, Liquidation
Trustee of the Sea Island
Company Creditors Liquidating
Trust,

    Appellant,

    v.           CV 216-046

KINGS POINT PROPERTY OWNERS
ASSOCIATION, INC.,

    Appellee.

# ORDER

Before the Court is the Parties' stipulation of dismissal of appeal with prejudice. (Doc. 59.) The stipulation specifies that each party shall bear its own costs and fees, including attorneys' fees, associated with the present appeal. (Id.) The stipulation is signed by all parties to the appeal. (Id.) Upon due consideration, the Court finds dismissal appropriate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Federal Rule of Bankruptcy Procedure 8023.

**IT IS THEREFORE ORDERED** that this appeal is **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions, if

any, and **CLOSE** this appeal.[1]  Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 13th day of February, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Appellee filed a motion to enforce settlement agreement (Doc. 44) that is currently pending.  The motion to enforce settlement agreement is hereby **DENIED AS MOOT**.